UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEILA JACKSON and CYNTHIA GANT<br>　　Plaintiffs, | CIVIL ACTION NO.  2:22-cv-4763 |
| VERSUS | JUDGE SARAH S. VANCE |
| CN WORLDWIDE, INC.<br>　　Defendant, | MAG. JUDGE JANIS VAN MEERVELD |
| ILLINOIS CENTRAL RAILROAD CO.<br>　　Intervenor-Defendant. | |

# DEFENDANTS' RESPONSE TO REMOVAL ORDER

In accordance with the Court's Removal Directive, Rec. Doc. [3], CN Worldwide, Inc. and Illinois Central Railroad Company, through undersigned counsel, submits the following response:

1. **A list of all parties still remaining in this action:**

    a. CN Worldwide, Inc. represented by Bradley R. Belsome, T.A. (27958); Michael C. Mims (33991); Crystal E. Domreis (31716); Brodie G. Glenn (33152; and Christopher R. Handy (38768)

    b. Illinois Central Railroad Company represented by Bradley R. Belsome, T.A. (27958); Michael C. Mims (33991); Crystal E. Domreis (31716); Brodie G. Glenn (33152; and Christopher R. Handy (38768)

    c. Sheila Jackson & Cynthia Gant as class representatives of those "in or near the community of Paulina, Louisiana" represented by Travis J. Turner (29462); and Keyojuan G. Turner (29199).

2. **State Court Record**

    a. Copies of all pleadings, including answers, filed by those parties in state court;

        i. State Court Petition – Exhibit A, pp. 1-4.

        ii. State Court Citation – Exhibit A, p. 5-6

        iii. Petition for Intervention and Order – Exhibit B

        iv. Notice of Filing Notice of Removal – Exhibit A, p. 7-11.

    b. Copies of the return service of process on those parties filed in state court

        i. Exhibit C, Citation with Sheriff's Return

    c. The undersigned counsel for Defendants hereby certifies that the above documents and incorporated exhibits constitute the entire record of Case No. 41188 in the 23rd Judicial District Court, Parish of St. James.

**[Signature block on following page]**

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA, LLC

_____
BRADLEY R. BELSOME, T.A. (#27958)
MICHAEL C. MIMS (#33991)
CRYSTAL E. DOMREIS (#31716)
BRODIE G. GLENN (#33152)
CHRISTOPHER R. HANDY (#38768)
bbelsome@bradleyfirm.com
mmims@bradleyfirm.com
cdomreis@bradleyfirm.com
bglenn@bradleyfirm.com
chandy@bradleyfirm.com
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
Telephone: (504) 596-6300
Facsimile: (504) 596-6301

*Attorneys for Defendants CN Worldwide, Inc. and Illinois Central Railroad Co.*