## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA JACKSON and CYNTHIA GANT** | * | **CIVIL ACTION NO.: 2:22-CV-04763** |
| Plaintiffs, | * | |
| V. | * | **JUDGE SARAH S VANCE** |
| | * | |
| **CN WORLDWIDE, INC.** | * | **MAG.: JANICE VAN MEERVELD** * |
| Defendant, | | |
| | * | |
| **ILLINOIS CENTRAL RAILROAD CO.** | * | |
| Intervenor-Defendant. | * | |

## MOTION AND ORDER TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, and upon suggesting to the court that plaintiffs desire that this action be dismissed in its entirety without prejudice and with each party to bear its own costs.

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, without prejudice, with each party to bear its on costs.

_____, Louisiana, this \_\_\_\_ day of October, 2023

_____
Judge
Eastern District of Louisiana

By Attorneys:
TURNER LAW FIRM, LLC.
413 W. Main Street
Gonzales, Louisiana 70737
Telephone: 225.644.2229
Facsimile: 225.644.2266

By: _____
    Travis J. Turner
    Bar Roll No.: 29462
    Keyojuan G. Turner
    Bar Roll No.: 29199
    Alvin Turner, Jr.
    Bar Roll No.: 12961