UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA JACKSON and CYNTHIA GANT** | * | **CIVIL ACTION NO.: 6:22-CV-4763** |
|     Plaintiffs, | * | |
| V. | * | **JUDGE SARAH S VANCE** |
| | * | |
| **CN WORLDWIDE, INC.** | * | **MAG.: JANICE VAN MEERVELD** |
|     Defendant, | * | |
| | * | |
| **ILLINOIS CENTRAL RAILROAD CO.** | * | |
|     Intervenor-Defendant. | * | |

**MOTION AND ORDER TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, and upon suggesting to the court that plaintiffs desire that this action be dismissed in its entirety without prejudice and with each party to bear its own costs.

    By Attorneys:
    TURNER LAW FIRM, LLC.
    413 W. Main Street
    Gonzales, Louisiana 70737
    Telephone: 225.644.2229
    Facsimile: 225.644.2266

    By: _____
        Travis J. Turner
        Bar Roll No.: 29462
        Keyojuan G. Turner
        Bar Roll No.: 29199
        Alvin Turner, Jr.
        Bar Roll No.: 12961