## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA JACKSON and CYNTHIA GANT** | * | **CIVIL ACTION NO.: 6:22-CV-4763** |
|     Plaintiffs, | * | |
| V. | * | **JUDGE SARAH S VANCE** |
| | * | |
| **CN WORLDWIDE, INC.** | * | **MAG.: JANICE VAN MEERVELD** |
|     Defendant, | * | |
| | * | |
| **ILLINOIS CENTRAL RAILROAD CO.** | * | |
|     Intervenor-Defendant. | * | |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, without prejudice, with each party to bear its on costs.

_____, Louisiana, this \_\_\_\_ day of October, 2023

_____
Judge
Eastern District of Louisiana