UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA JACKSON and CYNTHIA GANT** | * | **CIVIL ACTION NO.: 6:22-CV-4763** |
| Plaintiffs, | * | |
| V. | * | **JUDGE SARAH S VANCE** |
| | * | |
| **CN WORLDWIDE, INC.** | * | **MAG.: JANICE VAN MEERVELD** |
| Defendant, | * | |
| | * | |
| **ILLINOIS CENTRAL RAILROAD CO.** | * | |
| Intervenor-Defendant. | * | |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, without prejudice, with each party to bear its on costs.

New Orleans, Louisiana, this **11th** day of October, 2023

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE